United States District Court
Southern District of Texas
**ENTERED**
April 04, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Okan Delibalta, | § | |
| Plaintiff, | § § § | |
| v. | § § | Civil Action No. H-24-226 |
| Ur M. Jaddou, | § § § | |
| Defendant. | § § § | |

## ORDER

Pursuant to the Notice of Dismissal filed on April 2, 2024 the above referenced case is hereby dismissed without prejudice as to Defendant Ur M. Jaddou pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). The Clerk shall send a true copy to all counsel of record.

SIGNED at Houston, Texas, on this __4__ day of April, 2024.

DAVID HITTNER
United States District Judge